UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80180-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**HOWARD WRIGHT**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart Following Change of Plea Hearing [ECF No. 32]. On March 15, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 29] during which Defendant pled guilty to Count 8 of the Indictment [ECF No. 8] pursuant to a written plea agreement and factual proffer [ECF No. 30]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 8 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count 8 [ECF No.8]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 32] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Howard Wright** as to Count 8 of the Indictment is **ACCEPTED**.

CASE NO. 22-80180-CR-CANNON

3. Defendant **Howard Wright** is adjudicated guilty of Count 8 of the Indictment, which charges him with attempted reentry into the United States after deportation for a felony, in violation of 8 U.S.C. §§ 1326(a) and (b)(1) [ECF No. 8].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 11th day of March 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record